UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CARLOS O. GUEVARA,

                 Plaintiff,

    -against-

CHRISTOPHER M. CROMMIE, BULK
LOGISTICS INC., and TANKSTAR USA, INC.,

                Defendants.

------------------------------------- x

ORDER

19 Civ. 5583 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within forty-five (45) days of this Order.

Dated: New York, New York
       January 31, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge