Keith A. Raven (KR-8086)
Attorneys for Defendants
CHRISTOPHER M. CROMMIE,
BULK LOGISTICS INC, and
TANKSTAR USA, INC.
126 East 56th Street, Suite 202
New York, New York 10022
Tel. (212) 759-7466
Fax (212) 759-0166

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARLOS O. GUEVARA,                   :   Civil No.: 1:19-cv-05583-GBD
                                     :
                    Plaintiff(s),    :   STIPULATION OF DISMISSAL
                                     :
        -against-                    :
                                     :
CHRISTOPHER M. CROMMIE, BULK         :
LOGISTICS INC, and TANKSTAR USA, INC.,:
                                     :
                    Defendant(s).    :
------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the plaintiff, CARLOS O. GUEVARA and defendants, CHRISTOPHER M. CROMMIE, BULK LOGISTICS INC, and TANKSTAR USA, INC., in the above entitled action that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person nor a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed in its entirety pursuant to Fed. R.Civ. ZP 41(a)(a)(A)(ii), without cost or disbursements to any party as against the others. Furthermore, that any and all cross claims are discontinued.

    IT IS FURTHER STIPULATED AND AGREED that this Stipulation shall be held in escrow by counsel for the defendants pending payment by defendants of the sums agreed to in the settlement achieved and that this Stipulation shall be filed by defendants' counsel with the Clerk of this Court within 7 days of the clearance of the settlement funds in Plaintiff's counsel's escrow account.

Dated: New York, New York
January 30, 2020

Ryan S. Goldstein
LAW OFFICE OF RYAN S. GOLDSTEIN, PLLC
Attorneys for Plaintiff
CARLOS O. GUEVARA
1084 Morris Park Avenue, Second Floor
Bronx, New York 10461
Tel.: (718) 239-0239
Fax: (718) 239-0237

Keith A. Raven (KR-8086)
Attorneys for Defendants
CHRISTOPHER M. CROMMIE,
BULK LOGISTICS INC, and
TANKSTAR USA, INC.
126 East 56th Street, Suite 202
New York, New York 10022
Tel. (212) 759-7466
Fax (212) 759-0166
File No.: 870-005-01

- 3 -